ACCEPTED
03-15-00248-CV
8167092
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/9/2015 4:36:36 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00248-CV

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/9/2015 4:36:36 PM
JEFFREY D. KYLE
Clerk

**BRIGHAM EXPLORATION COMPANY, BEN M. BRIGHAM,
DAVID T. BRIGHAM, HAROLD D. CARTER, STEPHEN P. REYNOLDS,
STEPHEN C. HURLEY, HOBART A. SMITH, SCOTT W. TINKER,
STATOIL ASA AND FARGO ACQUISITION, INC.,**
*Appellants*,

**v.**

**RAYMOND BOYTIM, ET AL., INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY SITUATED,**
*Appellees*.

On Appeal from the 201st Judicial District Court of Travis County, Texas,
Trial Court Cause No. D-1-GN-11-003205

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellants, Statoil ASA and Fargo Acquisition, Inc., respectfully file this unopposed first motion for a 30-day extension of time to file their reply brief.

1.      The present deadline for filing the reply brief is December 14, 2015.

2.      Appellants seek a 30-day extension, until January 13, 2016, in which to file their reply brief.

3.      This is Appellants' first request for an extension of time to file their reply brief.

1768.004/571732

4.     This motion is unopposed.

5.     The following grounds provide "good cause" for extending the time to file the reply brief.  Lead appellate counsel, Russell Post, has been and continues to be engaged in other litigation with imminent deadlines that will prevent him from completing the reply brief before the present deadline, including, but not limited to, the following:

- Participation in trial and subsequent post-verdict briefing in No. 2013-61098; *Scott D. Martin and SKM Partnership, Ltd. v. Andrews Kurth LLP*; In the 234th Judicial District Court of Harris County, Texas.  The trial ended on November 9, 2015, and the post-verdict motions are set for hearing on December 14, 2015.

- Preparation for and presentation of oral argument in No. 09-15-00248-CV: *Therold Palmer v. Newtron Beaumont, L.L.C.*; In the Ninth Court of Appeals.  Oral argument was held on December 3, 2015, in Beaumont, Texas.

- Preparation of appellant's brief in No. 14-15-00804-CV; *Travis Lomax, et al. v. Michels Corp.*; In the Fourteenth Court of Appeals. The brief is due to be filed on or before December 14, 2015.

- Preparation of petitioners' brief on the merits in No. 15-0396; *Gary Aaronii, et al. v. Directory Distributing Associates, Inc., et al.*; In the Texas Supreme Court.  The merits brief is due to be filed on or before December 21, 2015.

- Preparation of brief of appellee in No. 13-15-00362-CV; *McAllen Hospitals, L.P., et al. v. Mario Rodriguez, et al.*; In the Thirteenth Court of Appeals.  The brief is due to be filed on or before December 23, 2015, after one extension.

6.     This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the reply brief.

For these reasons, Appellants Statoil ASA and Fargo Acquisition, Inc. respectfully request an extension of time to file their reply until January 13, 2016.

Respectfully submitted,

BECK REDDEN LLP

By: /s/ *Russell S. Post*

    Russell S. Post
    State Bar No. 00797258
    rpost@beckredden.com
    Fields Alexander
    State Bar No. 00783528
    falexander@beckredden.com
    Parth S. Gejji
    State Bar No. 24087575
    pgejji@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

BECK REDDEN LLP
    Gretchen S. Sween
    State Bar No. 24041996
    gsween@beckredden.com
    Christopher R. Cowan
    State Bar No. 24084975
    ccowan@beckredden.com
515 Congress Avenue, Suite 1750
Austin, TX 78701
(512) 708-1000
(512) 708-1002 (Fax)

**ATTORNEYS FOR APPELLANTS STATOIL ASA AND FARGO ACQUISITION, INC.**

## CERTIFICATE OF CONFERENCE

I certify that my office conferred with, Steve Jodlowski, counsel for Appellees, and with Debora B. Alsup, counsel for Brigham Exploration Company and Individual Appellants, regarding this motion, and they do not oppose the requested extension.

/s/ *Russell S. Post*
Russell S. Post

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, I hereby certify that on December 9, 2015, a true and correct copy of the above and foregoing motion was properly forwarded to all counsel of record, by e-file and/or email, addressed as follows:

### *Class Counsel for Appellees*

ROBBINS GELLER RUDMAN
  & DOWD LLP
Darren J. Robbins
Randall J. Baron
David T. Wissbroecker
Steven M. Jodlowski
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
randyb@rgrdlaw.com
dwissbroecker@rgrdlaw.com
sjodlowski@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
Samuel H. Rudman
Mark S. Reich
Michael G. Capeci
58 South Service Road, Suite 200
Melville, NY  11747
srudman@rgrdlaw.com
mreich@rgrdlaw.com
mcapei@rgrdlaw.com

*Liaison Counsel for Appellees*

BOULETTE & GOLDEN LLP
Michael D. Marin
Texas State Bar No. 00791174
2801 Via Fortuna, Suite 530
Austin, Texas 78746
mmarin@boulettegolden.com

*Additional Counsel for Appellees*

KENDALL LAW GROUP, LLP
Joe Kendall
Daniel Hill
Jamie J. McKey
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
jkendall@kendalllawgroup.com
dhill@kendalllawgroup.com
jmckey@kendalllawgroup.com

THE BRISCOE LAW FIRM, PLLC
Willie C. Briscoe
The Preston Commons
8150 N. Central Expressway, Suite 1575
Dallas, Texas 75206
wbriscoe@thebriscoelawfirm.com

DUNNAM & DUNNAM L.L.P.
Hamilton P. Lindley
4125 W. Waco Drive (76710)
P.O. Box 8418
Waco, Texas 76714
hlindley@ dunnamlaw.com

BRODSKY & SMITH LLC
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 602
Bala Cynwyd, Pennsylvania 19004
esmith@brodsky-smith.com
mackerman@brodsky-smith.com

LEVI & KORSINSKY LLP
Shane T. Rowley
30 Broad St., 24th Floor
New York, NY 10004
srowley@zlk.com

KOHN, SWIFT & GRAF, P.C.
Denis F. Sheils
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
dsheils@kohnswift.com

THE WEISER LAW FIRM, P.C.
Patricia C. Weiser
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
pw@weiserlawfirm.com
jmf@weiserlawfirm.com

THE REDDELL FIRM PLLC
Kelly N. Reddell
100 Highland Park Village, Suite 200
Dallas, Texas  75025
kelly@reddell-law.com

RYAN & MANISKAS, LLP
Katharine M. Ryan
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
kryan@rmclasslaw.com
rmaniskas@rmclasslaw.com

***Counsel for Brigham Exploration Company and Individual Appellants***

THOMPSON & KNIGHT LLP
Timothy R. McCormick
Michael W. Stockham
Mackenzie Wallace
1722 Routh Street, Suite 1500
Dallas, Texas 75201
timothy.mccormick@tklaw.com
michael.stockham@tklaw.com
mackenzie.wallace@tklaw.com

THOMPSON & KNIGHT LLP
Debora B. Alsup
Thompson & Knight LLP
98 San Jacinto Blvd., Suite 1900
Austin, TX 78701
debora.alsup@tklaw.com

/s/ *Russell S. Post*
Russell S. Post

1768.004/571732